```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TRUSTEES OF THE PLUMBERS LOCAL UNION NO. 1  :
401(K) SAVINGS PLAN,                         :
                                             :    14-CV-6848 (ARR) (JO)
                  Plaintiffs,                :
       -against-                             :
                                             :    ORDER
BEST PLUMBING HEATING & COOLING INC., et al. :
                                             :
                  Defendants.                :
------------------------------------------------------------X
```

ROSS, United States District Judge:

The court has received the Report and Recommendation on the instant case dated March 3, 2017 from the Honorable James Orenstein, United States Magistrate Judge. ECF No. 45. The deadline for filing objections has passed, see Order (Mar. 21, 2017), and no objections have been filed. Accordingly, the court has reviewed the Report and Recommendation for clear error on the face of the record. See Advisory Comm. Notes to Fed. R. Civ. P. 72(b); accord Brissett v. Manhattan & Bronx Surface Transit Operating Auth., No. 09-CV-874, 2011 WL 1930682, at *1 (E.D.N.Y. May 19, 2011). Having reviewed the record, I find no clear error. I hereby adopt the Report and Recommendation, in its entirety, as the opinion of the Court pursuant to 28 U.S.C. § 636(b)(1). The clerk of court is directed to enter judgment jointly and severally against both defendants in the total amount of $17,224.50 (consisting of $7,055.97 in unpaid contributions; $1,993.05 in interest on unpaid contributions; $1,993.05 in liquidated damages; $5,582.80 in attorneys' fees; and $599.63 in costs).

/s/(ARR)

Allyne R. Ross
United States District Judge

Dated: March 29, 2017
       Brooklyn, New York